IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HENRY SMITH
Reg #05159-010                                                                                      PLAINTIFF

V.                      CASE NO. 4:19-cv-151-SWW-BD

RODNEY WRIGHT, *et al*.                                           DEFENDANTS

**ORDER**

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (#16) is GRANTED. Mr. Smith's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 9th day of December, 2019.

                                                               /s/Susan Webber Wright
                                                          UNITED STATES DISTRICT JUDGE