IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY SMITH**
**Reg #05159-010**   **PLAINTIFF**

**V.**   **CASE NO. 4:19-cv-151-SWW-BD**

**RODNEY WRIGHT,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 9th day of December, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE